UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DONALD UNDERHILL and MARJORIE UNDERHILL,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY RE-INSURANCE COMPANY<br><br>Defendant. | Civil Action No. 14-cv-01718 (PGS)<br><br>ORDER |

This matter is before the Court on a motion for default judgment as to Defendant, New Jersey Re-Insurance Company pursuant to Fed. R. Civ. P. 55 (ECF No. 13) and wherein Defendant has failed to answer or respond to the Complaint; and the Court having considered the submission of Plaintiff including the Affidavit of Blaine Vermeuler, a licensed public adjuster to determine damages,

IT IS on this 25th day of November, 2014;

ORDERED that the motion for default judgment is granted; and it is further

ORDERED that Judgment in the amount of $121,662.84 is entered against New Jersey Re-Insurance Company and in favor of Donald and Marjorie Underhill.

_____
PETER G. SHERIDAN, U.S.D.J.